# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

IN RE: )
)
CALVIN WARREN )

## ORDER OF COURT EN BANC

This matter is before the Court, en banc, upon its own motion. Over the past year, Calvin Warren has filed dozens of delusional, frivolous, and duplicative lawsuits with the Court. For the reasons set forth below, the Court will exercise its inherent disciplinary power to bar Mr. Warren from filing, pro se, any further in forma pauperis actions in the United States District Court for the Eastern District of Missouri, unless he first obtains leave of court to do so. In addition, Mr. Warren will be limited to seeking leave to file one new action per calendar month, if he is proceeding pro se and requesting in forma pauperis status.

The Court "is vested with discretion to impose sanctions upon a party under its inherent disciplinary power." *Bass v. General Motors Corp.,* 150 F.3d 842, 851 (8th Cir. 1998) (citations omitted). "[J]udicial resources are limited in the short run and need to be protected from wasteful consumption. Frivolous, bad faith claims consume a significant amount of judicial resources, diverting the time and energy of the judiciary away from processing good faith claims." *In re Tyler*, 839 F.2d 1290, 1292 (8th Cir. 1988) (citations omitted). "The Court may, in its discretion, place

reasonable restrictions on any litigant who files non-meritorious actions for obviously malicious purposes and who generally abuses judicial process. These restrictions may be directed to provide limitations or conditions on the filing of future suits." *Id.* at 1293 (citations omitted).

Beginning on July 26, 2013, Calvin Warren has filed eighty-two cases in this Court, all of which contain the same or substantially similar allegations concerning a religiously-motivated conspiracy against his family. More specifically, he alleges that the federal government and other named individuals and entities are using terrorism, racism, and satanism against him and are trying to murder his family because they are preachers of the gospel. Mr. Warren requested, and was granted, in forma pauperis status in twenty-four of the cases, all of which the Court dismissed as legally frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).

On September 24, 2013, the Court advised Mr. Warren that his filing of frivolous lawsuits was an abuse of the litigation process and warned him that he would not be allowed to proceed in forma pauperis if he continued to bring the same frivolous lawsuits again and again. *See Warren v. Federal Gov't*, No. 4:13-CV-1878-CEJ (E.D. Mo.). Mr. Warren continued filing frivolous lawsuits, and on January 15, 2014, the Court denied him leave to proceed in forma pauperis and dismissed his lawsuit, without prejudice to refiling as a fully-paid complaint.

*See Warren v. Federal Gov't*, No. 4:13-CV-2539-CEJ (E.D. Mo.). The Court treated Mr. Warren's subsequent fifty-seven lawsuits in the same manner; he has never refiled an action as a fully-paid complaint, yet he continues to seek leave to file additional complaints in forma pauperis. On July 2, 2014, the Court, en banc, entered an Order to Show Cause, instructing Calvin Warren to show cause, in writing and within thirty (30) days, why the Court should not restrict his filings as set forth in the said Order. *In re Calvin Warren*, No. 4:14-MC-364-CDP (E.D. Mo.) To date, Mr. Warren has failed to file a show cause response and his time for doing so has now passed.

Under these circumstances, the Court finds that Calvin Warren has impermissibly abused the judicial process such that sanctions are warranted. To ensure the integrity of the judicial process of this Court and to prevent Calvin Warren from further abusing his right to file actions and proceedings in the United States District Court for the Eastern District of Missouri, the Court, en banc, hereby adopts the following measures:

**IT IS HEREBY ORDERED** that, if he is proceeding pro se and seeking leave to proceed in forma pauperis, Calvin Warren is prohibited from filing a new action or proceeding in this Court without first obtaining leave of court.

**IT IS FURTHER ORDERED** that the Clerk of Court shall not accept any petitions or complaints from Calvin Warren for filing in this Court if he is proceeding pro se and seeking in forma pauperis status, unless such pleadings are accompanied by an order of this Court granting him leave to do so.

**IT IS FURTHER ORDERED** that, if Calvin Warren is proceeding pro se and seeking leave to proceed in forma pauperis in filing a new action, the Clerk of Court is hereby directed not to accept from Mr. Warren in excess of one motion for leave to file a new action, along with his attached pleadings, per calendar month. The Clerk shall return to Mr. Warren, without making copies, any and all petitions or complaints submitted in excess of one per calendar month.

**IT IS FURTHER ORDERED** that leave of court will be granted only if Calvin Warren files a non-frivolous civil action, as determined under 28 U.S.C. § 1915(e). Each prospective complaint or petition must be accompanied by a motion for leave to file a new action.

**IT IS FURTHER ORDERED** that nothing in this order shall prohibit Calvin Warren from filing a fee-paid complaint or petition or proceeding with the representation of an attorney admitted to practice in this Court.

**IT IS HEREBY CERTIFIED** that an appeal from this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

So ordered this 20th day August, 2014.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

_____
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

_____
CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE

_____
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE