UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | No. 4:14MC364 CDP |
| REV. CALVIN WARREN ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Calvin Warren's motion for leave to file a civil action [ECF No. 29]. Warren has been enjoined from filing new cases without first obtaining leave of court to do so. Leave of court will only be granted if Warren presents non-frivolous allegations in a proposed civil complaint.

The allegations in Warren's proposed complaint are factually frivolous. As in his previous cases, Warren alleges that the federal government and others are engaged in a vast conspiracy to murder him because of his religious beliefs. Under these circumstances, leave of court will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that Calvin Warren's motion for leave to file a civil action [ECF No. 29] is **DENIED**.

**IT IS HEREBY CERTIFIED** that an appeal from this Order would not be taken in good faith.

Dated this 23rd day of November, 2015.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE