## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | No. 4:14MC364 CDP |
| REV. CALVIN WARREN ) | |

## MEMORANDUM AND ORDER

This matter is before me on Calvin Warren's motion for leave to file a civil action (ECF No. 50). Warren has been enjoined from filing new cases without first obtaining leave of court to do so. Leave of court will only be granted if Warren presents non-frivolous allegations in a proposed civil complaint.

The allegations in Warren's proposed complaint are factually frivolous. Warren names as defendants the federal government, Satan, "The Spirit of Anti-Christ," "The Ministers of Satan," and others. He alleges that the defendants are conspiring to murder him and tamper with his food stamps because of his religious beliefs. Under these circumstances, leave of court will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that Calvin Warren's motion for leave to file a civil action (ECF No. 50) is **DENIED**.

**IT IS HEREBY CERTIFIED** that an appeal would not be taken in good faith.

Dated this 18th day of June, 2020.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE